UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 1:21-cv-00212-LEW<br>) |
| DR. VICTOR G. PETRECA<br>Defendant, | )<br>)<br>) |

## JUDGMENT

Pursuant to the Order Affirming Recommended Decision of the Magistrate Judge entered by United States District Judge Lance E. Walker on September 21, 2021,

JUDGMENT of dismissal without prejudice is hereby entered.

CHRISTA K. BERRY
CLERK

By:  /s/  Michele Mitchell
Deputy Clerk

Dated: September 21, 2021